DEBRA WONG YANG
United States Attorney
LEON W. WEIDMAN
Assistant United States Attorney
Chief, Civil Division
CEDINA M. KIM [No. 147248]
Assistant United States Attorney
    Room 7516 Federal Building
    300 North Los Angeles Street
    Los Angeles, California  90012
    Telephone: (213)894-2446
    Facsimile: (213)894-7819
    Email: Cedina.Kim@usdoj.gov
Attorneys for Defendant
JO ANNE B. BARNHART, Commissioner of Social Security

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

EASTERN   DIVISION

| | |
|---|---|
| CYNTHIA RUBIO, </br></br>    Plaintiff, </br></br>v. </br></br>JO ANNE B. BARNHART, Commissioner of Social Security, </br></br>    Defendant. | No.  EDCV 05-00208-CW </br></br>ORDER ON STIPULATION TO EXTEND DATES IN COURT'S CASE MANAGEMENT ORDER </br></br>Court: Hon. Carla M. Woehrle </br>       U.S. Magistrate Judge |

Pursuant to the concurrently filed Stipulation, the parties' request for an extension of time is granted.  Parties shall file the final joint stipulation in this matter on or before December 29, 2005.

IS SO ORDERED.

    DATED: November 30, 2005

                        _/s/_____
                        HON.  CARLA M. WOEHRLE
                        UNITED STATES MAGISTRATE JUDGE